```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GARY W. ROGEL, ET AL.,         )
     Appellants,               )  Civil Action No. 10-598
                               )
          v.                   )  Procedural Order for
                               )   Bankruptcy Appeals
DEUTSCHE BANK NATIONAL         )
     Appellee.                 )
```

<u>ORDER</u>

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania. In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

    (1) The appellant shall serve and file his brief by May 27, 2010;

    (2) The appellee shall serve and file his brief by June 11, 2010;

    (3) The appellant may serve and file a reply brief by June 21, 2010;

    (4) No extensions of time will be permitted without order of the Court.

                                      BY THE COURT:

                                      <u>s/Gary L. Lancaster</u>
                                      Hon. Gary L. Lancaster,
                                      Chief United States District Judge

Dated: May 12, 2010

cc: All parties of record